UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:11-cr-304-T-17MAP

JAMES SHEFFIELD

### FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the filing of the United States' Motion for Forfeiture Money Judgment in the amount of $8,000.00, which, in accordance with his Plea Agreement, will become a final order of forfeiture as to defendant James Sheffield at the time it is entered. See Plea Agreement, Doc. 4 at 6. Being fully advised in the premises, the Court hereby finds that the United States has established that the defendant obtained $8,000.00 in proceeds as a result of the conspiracy to commit bank fraud, and wire fraud affecting a financial institution, in violation of 18 U.S.C. § 371, for which the defendant has been convicted in Count One of the Information. Accordingly, it is hereby

ORDERED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 982(a)(2)(A) and Federal Rule of Criminal Procedure 32.2(b)(2), defendant James Sheffield shall be held jointly and severally liable with convicted co-conspirators John Lebron, Patricia Lebron, and Paul Gogolewski in *U.S. v. Lebron, et al.*, Case No. 8:10-cr-258-T-17MAP, for a forfeiture money judgment

in the amount of $8,000.00, which represents the amount of proceeds the defendant obtained as a result of the offense of conviction charged in Count One of the Information.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), up to the amount of the $8,000.00 forfeiture money judgment, and to address any third party claim that may be asserted in these proceedings.

ORDERED in Tampa, Florida, this 11th day of January, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
James A. Muench, AUSA
Counsel of Record